September 4, 2015

Court of Criminal Appeals
P.O. Box 12308
Austin, TX 78711

Re: Cause No. PD-0704-15

Dear Clerk:

Please be advised that my address has changed. My new address is listed below.

Sincerely yours,

Anthony Teague #1976916
TDCJ- Stevenson Unit
1525 FM 766
Cuero, TX 77954

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 10 2015
Abel Acosta, Clerk